FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAELE TUPUOLA,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. EDCV 11-1768-DMG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed.

DATED: April 1, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE